

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00174-CV

**TOM MADDUX, INDIVIDUALLY, AND
DBA LOST PRAIRIE CYCLES; AKA
THOMAS EARL MADDUX,**

**Appellant**

**v.**

**MICHAEL D. REID,**

**Appellee**

### From the 87th District Court
### Limestone County, Texas
### Trial Court No. 29,549-A

## O R D E R

A document entitled "Appeal According to the Common Law" was received from appellant and filed with the Court on July 17, 2013. A document entitled "Brief Appeal According to the Common Law" was received on July 24, 2013. The second document appears to be the same as the first but for the title. The Court is unclear as to the purpose of these documents. We assume the second document is intended to amend the first document, and we will treat it as an amendment.

If the second document is to be appellant's brief in this matter, it may be premature. The reporter's record in this appeal has not been filed. An appellant's brief is not due until 30 days *after* the clerk's record or the reporter's record is filed, whichever is later. TEX. R. APP. P. 38.6. If there is no reporter's record or appellant has no issues for which a reporter's record is necessary and does not wish to request or make arrangements to pay for the reporter's record, then the appeal can be submitted on the clerk's record alone. *See* TEX. R. APP. P. 37.3(c).

Accordingly, within 14 days from the date of this order, appellant is ordered to:

1. Notify the Court of the purpose of the second document listed above (the July 24, 2013 document); and

2. Notify the Court whether a reporter's record exists and if so, whether appellant intends to request and make arrangements to pay for the reporter's record.

The failure to timely notify the Court of the two items listed will result in the dismissal of the appeal for want of prosecution or for failure to comply with a court order. TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed August 15, 2013